UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cr-60002-COHN/SELTZER

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

ANDREW ATIAS,

  Defendant.
_____/

FILED by RB D.C.

JAN - 5 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 16, 2011, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ANDREW ATIAS,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction is of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT TWO

Beginning on a date unknown to the Grand Jury, but at least by December 21, 2011, in

Broward County, in the Southern District of Florida, the defendant,

**ANDREW ATIAS,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction is of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(l).

## COUNT THREE

On or about December 21, 2011, in Broward County, in the Southern District of Florida, the defendant,

**ANDREW ATIAS,**

did knowingly possess matter, that is, an Acer laptop computer, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, ANDREW ATIAS, has an interest pursuant to the provisions of Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853.

2. Upon conviction of any violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant, ANDREW ATIAS, shall forfeit to the United States: (a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received, pursuant to Title 18, United States Code, Section 2253(a)(1); (b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violations, pursuant to Title 18, United States Code, Section 2253(a)(2); and (c) any property, real or personal, which the defendant used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253(a)(3). The property includes, but is not limited to, the following:

    (a) One (1) Acer laptop computer, serial number LXAWE0X009706014552000;

    (b) One (1) Acer laptop computer, serial number 63959010916;

    (c) One (1) Pro 300 desktop computer, serial number ES2C03990380; and

    (d) One (1) IBM desktop computer, serial number 0166-70075-20030.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at

Title 21, United States Code, Section 853.

A TRUE BILL

_____

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ANDREW ATIAS,

                    **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Case Information:**

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL    ___ WPB    ___ FTP

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take  __2__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | | Petty | ___ |
   | II | 6 to 10 days | ___ | | Minor | ___ |
   | III | 11 to 20 days | ___ | | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | | Felony | _X_ |
   | V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    YES
   If yes:
   Magistrate Case No.  11-6629-RSR
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of  12/22/2011
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes  _No_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007? ___ Yes  _No_ No

*[signature: Corey Steinberg]*
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY
Court # A5501397

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>ANDREW ATIAS</u>          **Case No:** _____

**Count #: 1**

Distribution of child pornography

18 U.S.C. §§ 2252(a)(2) and (b)(1)

* **Max.Penalty**: mandatory minimum 5 to 20 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

**Count #: 2**

Receipt of child pornography

18 U.S.C. §§ 2252(a)(2) and (b)(1)

* **Max.Penalty**: mandatory minimum 5 to 20 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

**Count #: 3**

Possession of computer child pornography

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)

* **Max.Penalty**: any term of years' up to 10 years' imprisonment; $250,000 fine; 3 years' to life supervised release.

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.